IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAYRA SANCHEZ RODRIGUEZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil Case No. 3:20-CV-02308-X-BT |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 13th day of November, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1